## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **MATTHEW MONTGOMERY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 2-13-CV-00620-JRG** |
| | § | *Jury Trial Requested* |
| **THE KANSAS CITY SOUTHERN** | § | |
| **RAILWAY COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, Plaintiff Matthew Montgomery (collectively, "Plaintiff") and Defendant The Kansas City Southern Railway Company ("KCSR"), by and through their respective counsel of record, informed the Court that all of Plaintiff's claims against Defendant have been resolved and a settlement reached;

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that Plaintiff's causes of action be dismissed with prejudice against the refiling of same, that all costs be paid by the party incurring same, and that any and all relief not expressly granted herein is expressly denied.

**So ORDERED and SIGNED this 8th day of July, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE